Dismissed and Memorandum Opinion filed January 31, 2008








Dismissed
and Memorandum Opinion filed January 31, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01074-CR

NO. 14-07-01075-CR

____________

 

CAMILO PENALOSA,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 180th District Court

 Harris County, Texas

Trial Court Cause Nos. 1116362
& 1116363

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to two counts of aggravated robbery with a deadly
weapon.  In each case, in accordance with the terms of a plea bargain agreement
with the State, the trial court sentenced appellant on November 16, 2007, to
confinement for twenty years in the Institutional Division of the Texas
Department of Criminal Justice.  Appellant filed a pro se notice of appeal in
both cases.  We dismiss both appeals.  








In each
case, the trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
In each case, the trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record in each case supports the trial court=s certification.  See Dears v.
State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeals.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed January
31, 2008.

Panel consists of Justices Fowler, Frost, and Seymore.

Do Not Publish C Tex. R. App. P.
47.2(b)